FILED BY _____ D.C.

05 JUN -8 PM 4: 16

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

---

ALLIANCE MARKETING GROUP, LLC,

    Plaintiff,

v.                                  No. 05-2357-MaAn

SUN GROUP, INC.,

    Defendant.

---

## ORDER GRANTING DEFENDANT SUN GROUP, INC. ADDITIONAL TIME TO RESPOND TO COMPLAINT

---

Upon the motion of Sun Group, Inc. to extend the time for it to respond to the Complaint to July 8, 2005, upon plaintiff's consent thereto and for good cause,

IT IS HEREBY ORDERED, BY CONSENT, that Sun Group, Inc. shall have through and until Friday, July 8, 2005 to respond to the Complaint in this cause.

                              *S. Thomas Anderson*
                              United States Magistrate Judge

                    Date: June 08, 2005

BY CONSENT:

David M. Rudolph by JH w/permission
DAVID M. RUDOLPH, Attorney for Plaintiff

JOHN J. HEFLIN III, Attorney for Defendant

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on   6/3/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02357 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

David M. Rudolph
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT