UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 31  PM 5:26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**ALLIANCE MARKETING GROUP, LLC,**

      Plaintiff,

v.

                                    Cv. No. 05-2357-Ma

**SUN GROUP, INC.,**

      Defendant.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice, in accordance with the Order of Dismissal, docketed August 23, 2005.

**APPROVED:**

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

August 31, 2005

_____
DATE

THOMAS M. GOULD

_____
CLERK

_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___9-6-05___

*11*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02357 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Kenneth P. Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

David M. Rudolph
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT